E-filing

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2    Name  Grigsby, Jonathan          W
          (Last)              (First)              (Initial)

3

4    Prisoner Number  T-61830

5    Institutional Address  31625 Hwy ▬ 101 P.O. Box 1080 Soledad, CA
6                                                                    93960

7                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA            **CRB**
8    Jonathan Grigsby
9    (Enter the full name of plaintiff in this action.)          )
                                                                 )
10                              vs.              CV  08           )   Case No.  **1843**
                                                                 )   (To be provided by the Clerk of Court)
11   Warden M.S. Evans, T. Variz,                                )
                                                                 )   COMPLAINT UNDER THE **(PR)**
12   E. Medina, mailroom supervisor                              )   CIVIL RIGHTS ACT,
                                                                 )   Title 42 U.S.C § 1983
13   Jane Doe, inclusive, et al.,                                )
                                                                 )
14   sued individually and official capacityp                    )
     (Enter the full name of the defendant(s) in this action)    )
15                              Defendant(s)                      )

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.    Exhaustion of Administrative Remedies.

18         [**Note:** You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement  Salinas Valley State prison

21         B.    Is there a grievance procedure in this institution?

22               YES ☒     NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES ☒     NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.

COMPLAINT                          - 1 -

1    1. Informal appeal ___refuse to process_____

2

3

4    2. First formal level___refuse to process_____ .

5

6

7    3. Second formal level___refuse to process_____

8

9

10   4. Third formal level ___refuse to process_____

11

12

13   E.    Is the last level to which you appealed the highest level of appeal available to

14         you?

15              YES ( )      NO ☒

16   F.    If you did not present your claim for review through the grievance procedure,

17   explain why. I have full several inmate request with no response

18   then filed 2 formal letters seeking formal response 12/3/07

19   no response? 1/28/08 2nd letter seeking formal response no response

20   II.   Parties.                          have made it futile

21   A.    Write your name and your present address. Do the same for additional plaintiffs,

22         if any.

23   ___JONATHAN GRIGSBY T-61830_____

24   ___SALINAS VALLEY STATE PRISON D6-205___

25   ___P.O. Box 1050  Soledad, CA 93960___

26   B.    Write the full name of each defendant, his or her official position, and his or her

27         place of employment.

28   Warden M.S. Evans, T.Varug CCII, E.Medina CCII, John Doe

COMPLAINT                    - 2 -

1  mailroom supervisor refuse to give name? G.A. Neotti chief
2  deputy warden, K. Jones custody Captain, B. Rankin
3  Captain

4

5  III.    Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  1) I have wrote warden M.S. Evans first time October 10, 2007 seeking
11  your inquiry or investigation into why appeals coordinator T. Vang
12  and Eloy Medina refuse to respond to my 602 appeals. After 3
13  months January 26, 2008 should be record'd sent letter legal mail
14  I again ask you to investigate why appeals coordinator refuse to
15  2) Process my appeals and why mailroom supervisor Jane Doe refuse
16  to give his/her name or return my filed 602 complaints against mail
17  room supervisor. I wrote warden of Salinas valley prison regarding
18  due process of laws that I'm entitled to in several ways
19  3)    That have been violated and refusal to respond based on
20  information and belief that I'm a mental health patient and these
21  ranking California Department of Corrections an Rehabilitations
22  (CDCR) officials refuse to respond (continue sheet)

23  IV.    Relief.

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  Declaratory relief to declare plaintiff rights, injunctive relief to
27  Prohibit de regard for plaintiff right under constitution 1st & 14th amend-
28  ments Compensatory damage for mental suffering and refusal

4) On there disregard for CDCR form GA-22 inmate request for interview that I am suppose to use and CDCR officials refuse to respond too. Because I have civil rights lawsuit case number CV07-2833 on first, fourteenth amendments. I have given officials many chance to respond and they have been futile attempts because I've asked for formal response and ask for my letter return with response

5) Because if I don't use some form of log outgoing legal and privileged mail, ranking officials never respond they can say they never received my inmate request for interview GA-22 and what proof do I have but to file declaration under penalty of perjury to show a pattern of constitutional abuses of my first, fourteenth amendments which all parties acted under color of state law and caused

6) Serious deprivations because I'm in salinas valley department of mental health and I'm suppose to go back to Pelican Bay after I receive treatment. For mental disorder, I have active civil action in Northern District court and same issues and patterns of violations of my due process and first amendment rights. To Petition CDCR in grievance due to adverse actions

7) That comes from not allowing me rights stated in Federal constitution of United States. I arrived at salinas valley prison on September 26, 2007 and was unexpectly moved from Acute Psychiatric Program at Vacaville Prison without notice or anything. Because it was surprise when I got to salinas valley, I did not have no way to contact my family or wife?

8) The only way I new was to write letter put a trust withdrawal slip which takes money out of my prison account I receive for working in prison or that family or friends would sent to me. I put 41st cents telling paying for first class postage to send the letter in envelope. I new I did not have any money or income and I was indigent. The process for indigent inmates are a hold for amount

9) Stated on trust withdrawal would be put hold for 30 days if I've not received any money within 30 days at end of that month before start of new month my trust account is zeroed out and procedure follow starting new month. I have 14 trust withdrawal dated September 27, September 30, October 2, October 4, October 7, October 9, October 17, October 18 all in 2007 out these 14 9 were constantly return for no good reason other than malicious sadistic actions by mailroom supervisor who refused to give his/her name. I wrote GA-22 inmate request telling them its a emergency.

Conti sheet Statement of Claim Pg. 2

10)     I have a log sheet that show letters address to my family these log sheets and the returned letters and trustwithdrawal paying for postage and (exhibit 10A). These whduhta show a pattern of me sending out first class letter with trust withdrawal for cost and mailroom supervisor refusing to process these letters out prison. A serious deprivation of my first amendment right and show Jane Doe mailroom supervisor

11)     Acted under color of state law, I also have inmate request for interview thats dated October 28, 2007 (exhibit 11A) to mail room supervisor asking specifickly for his or her name and inquiring about 602 8325 appeal citizen complaint I filed against Jane Doe and asked for informal response that went unanswer and just my name was highlighted in orange marker and sent back no response.

12)     I have it logged as outgoing letter GA-22 to mailroom? I also have 4 other letters that I received in 2008 that show malicious actions and that ranking officials named did not respond or acted under color of state law in violating my first, fourteenth amendment rights. The first is letter (exhibit 12A) wrote October 22, 2007 and log out in my log sent October 23, 2007. I just received this letter dated 10/23/07 return to

13)     me March 17, 2008? Thats 5 month from date I mailed out salinas valley prison. (exhibit 13A) is letter sent confidential mail January 3, 2008 its logged that day as well. Sometime in January 2008 it came back denied saying I cant send the appeals Coordinator in Vacaville a confidential letter? The California Code of Regulation (CCR) title 15 in 3141 (3) says all state and federal officials

14)     Having responsibilitys for inmate present, prior, anticipated custody can correspond confidentially with those state officials. Then I got (exhibit 14A) addressed to Internal Revenue Service (IRS) in Fresno California. Its logged in my outgoing mail with trustwithdrawal and its denied stating dos not meet criteria? In 3141 11(2) all state and federal officials and (2) federal officials appointed

15)     By governor or president I can correspond confidental with? Also in title 15 (CCR) in 3143 Processing Incoming Mail states incoming letters bearing the name or title and return address of persons and the office of person listed in section 3141 will be processed as confidential correspondence, That includes franked mail from governmental officials listed and notice or request for confidentiality is not required on envelope? IRS, and Appeal Cost are valid.

16) The last piece of privileged mail GA-22 inmate request for interview w/ (exhibit 15A) dated March 5, 2008 to Chief Disciplinary Officer Captain K. Jones. On March 21, 2008 a MTA name Molina hand me request 2 weeks later stating she was told to hand me GA-22 with no response. These are all pattern that show mailroom supervisor not only refuse to give there name but

17) Is not allowed envelopes attach with trust withdrawal for $.41 cents was not leaving salinas valley prison. Telling me I need to put stamp with letter or telling me I had insufficient funds. These actions show that mailroom supervisor acted under color of state law and cause deprivation of my first amendment rights. Also to further show pattern of deprivation of my rights

18) The State of California Commission on Judicial Performance (exhibits 16A) dated January 31, 2008 and February 1, 2008 were purposely opened read. In California Constitution Article VI Section 18. Commission Rule 102 state letters from Commission are confidential whether they say confidential or not. Im going to enter 3 pieces of evidence (exhibit Y) a GA-22 dated August 28, 2006 and my log sheet date August 27, 2006 show IRFI #2A and if you look at top upper left corner you'll see my confirmation of sending

19) This GA-22 which is CDCR document that can be inter as evidence as legal document and last page is letter from Commission stating these written letters are confidential. The mailroom supervisor at Pelican Bay P. Carrier is in legal action for violations of my first amendment rights and due process clause of 14th amendment? This is not a coincidence this is violation of

20) My rights and shows Jane Doe just as P. Carrier are in violation in my civil action CV07-2833. These are key and important to show pattern of due process violations but also to show these CDCR officials acted under color of state law and deprived me my constitution rights under 1st and 14th amendments. Because of me trying to be civil (exhibit B) is log sheet that shows on October 2, 2007 I filed a 8325 PC citizen complaint on mailroom supervisor who refused to give there name? Also on (exhibit B) if you look at date October 10, 2007 you'll see IRFI exhibit number #01 thats sent to T. Variz & Eloy Medina in regards to mailroom complaint? No response or acknowledgment still to date 4/1/08?



21) Not one GA-22 request for interview has been respond to (ex. B) on October 18, 2007 sent GA-22 to appeals coordinator T. Variz and Eloy Medina no response. October 28, 2007 GA-22 exhibit C3# to appeals coordinators no response? On October 30, 2007 sent GA-22 #B7 to appeal coors. on 602 no response also same date sent GA-22 asking mail room for copy of legal log?

22) On November 5, 2007 sent GA-22 #79 to appeals coors. asking about my 602 filed 10/2/07 and 10/16/07 602. On January 14, 2008 I sent GA-22 to Captain B. Rankin CDO in regards to priority mail 602 I filed second time 12/27/07 first 602 wrote 11/14/07 he did not respond. On January 16, 2008 sent GA-22 to appeals coors. on disciplinary appeal # D07-047-37 no response.

23) Let me give you violation of my due process right thats being denied based on information and belief that Jane Doe is using reprisals and retaliation on me filing 602's let me explain. On October 24, 2007 from Los Angeles post office my mother sent from 90062 area code (exhibit C) priority mail package costing $6.65 that I did not receive until November 14, 2007 22 days 3 weeks after post

24) Mark based on 602 on 10/2/07 on Jane Doe citizen complaint based on information and believe Jane Doe is not process my mail in timely manner and appeals coordinator T. Variz and Eloy Medina refuse to process my appeal or even acknowledge them and supply log number for tracking. After no response over 30 days on December 27, 2007 wrote 2ND 602 on mailroom supervisor

25) Instead of first sending it to appeals coordinator I sent 602 complaint to Captain B. Rankin Chief Disciplinary Officer for D-Yard. By February 19, 2008 B. Rankin and appeals coordinator T. Variz 3 Eloy Medina acted under color of state law and violating my due process refuse to respond or process my complaint on Jane Doe or give me response why appeals coordinator refuse to respond or answer me

26) Period? On February 19, 2008 I sent my 602 appeal legal mail to James Tilton director of Corrections in Sacramento asking for inquiry? To date he not received response or any acknowledgment of 602 dated 12/27/07 2ND copy of my original appeal that is missing filed 11/14/07? January 26, 2008 I sent letter to the Warden M.S. Evans dte dated on my log sheet no response? On January 20, 2008 I was sent another priority mail package costing 5.25 sent December 24, 2007 I did not receive

27) That priority mail until January 20, 2008 it was sent 12/24/07 that 27 day after post office date I filed another 602 1/20/08 it is in process allegedingly being investigated but no body has to date came and interviewed me or even said one word or came to look at my priority mail packages the dates sent and me filing 602 on day I receive them which is November 14, 2007 sent October 24, 2007, and January 20, 2008 sent December 24, 2007 first costing 6.65 and second costing* 5.25 thats

28) To much money sent to received priority mail and its not holiday season or anything to delay that long. These actions show Jane Doe mailroom supervisor acted under color of state law and deprived my 1st & 14th amendment rights. And appeals coordinator T. Variz & Eloy Medina acted under color of state law to deprive my rights under 1st & 14th amendments and show state of mind of all the named defendants have refuse to respond or acknowledge anything addressed in the complaint to date 4/1/08.

29) Because I made warden M.S. Evans aware of actions of his subordinates then to again write second letter speaking on appeal coordinator Variz & Medina shows the disregard for policy and procedure on 602 filed 10/2/07 and 10/16/07. To show malice actions of appeals coordinators (exhibit XR) is the 10/16/07 602 I wrote. In title 15 Code of regulation first in 3084.5 (3)(G) it states for citizen complaint informal level

30) Is waived in citizen complaints on officer misconduct. And in 3084.6 (2) says formal level on misconduct is suppose to be respond to in 30 working days? If I submitted this appeal 10/16/07 and MTA Myers held this unto December 13, 2007 and appeals coordinator on CDCR form 695 rescreen form dated received January 18, 2008 that over 90 days and shows they acted under color of state law.

31) Depriving me due process of 14th amendment and 1st amendment rights to petition CDCR for redress in grievance. Also I want to mentioned I wrote 3 letter to Office of Internal Affairs Director Rick Ehle first sent February 7, 2008 and no response it log on (exhibit B) then again week later telling OIA of violations of due process and this code of silence no responses?

32) Then on March 4, 2008 wrote letter showing again no investigation or inquiry or anything said or did just business as usual violating my constitutional rights. The letter to OIA date 2/14/07 (exhibit M2) two pages shows letter write legal

33) Mail to Office Internal Affairs is short stop or either open and read by mailroom supervisor Jane Doe and Appeals coordinator T. Variz & Eloy Medina stating address my issues on 602 and they'll be addressed? For starters appeal log number - D-07-04737 was sent for processing on January 16, 2008 on (exhibit B) log sheet states exhibit #1A to appeal coord on appeal no response.

34) There's also appeal 07-0059 that was heard by Lt. Fritz in either October or November 2007 to April way past time constraint to respond state in paragraph 30 same time line appeals. Let me repeat again I have 2 letters (exhibit 3B first dated December 3, 2007 no response and I speak to 10/8/07 citizen complaint I mention issues of (exhibits 10A) spoke about in paragraph 9 & 10 ?

35) No response to date 4/1/08 I wait over another 30 days and send second letter to address my concerns dated January 28, 2008 part 2 of (exhibit 3B) I again I am ignored and given code of silence refusal to respond. All these exhibits and issues that happen under civil action 07-2833 are happening here in Salinas valley and I'm being purposely ignored.

36) There's more abuses of 1st amendment right to petition govt or CDCR in redress of grievances and due process clause of 14th amendment. All named ranking officers have acted under color of state law in depriving me my constitutional rights under 1st and 14th amendment. And refusal to respond or acknowledge or process whether its GA-22, appeal of RVR 115, 602 on CDCR employee misconduct this claim shows a continue code of silence and

37) Refusal to investigate or acknowledge problems in handling issues that have adverse effect on me. One communication to Warden or to the appeals coordinator is enough to ensure a response or acknowledgment to any issue that effects me. All mentioned in this complaint acted under color of state law deprived plaintiff rights guarantee under constitution and California Constitution.

38) All defendants refusal to respond to GA-22 request, 602 15, or formal letters show set of mind to deprive me of rights and malicious sadistic deliberate indifference failure to act or the lack of inaction that is a real violation of my human rights and civils as person in United States.

39) In action described in 1 thru 39 it shows defendants acted knowingly, willfully, and maliciously and reckless callous disregard for plaintiffs federally protected rights entitling plaintiff to an award of exemplary in damages asked

## Prayer For Relief

Wherefore, Plaintiff Jonathan Grigsby prays for judgment against defendants as follows:

1. Injunctive and Declaratory Relief in form acknowledging or responding to GA-22 request, 602 appeals, or formal letter response which should be policy and procedure.

2. For Compensatory damages in amount 25,000 dollars

3. For Punitive damages in amount 25,000 dollars

4. Special damage for mental suffering and stress of ignored entire time.

5. For reasonable attorney fees pursuant to 42 U.S.C §1988;

6. Cost of suit and

7. For such other and further relief as the court may deem just and proper.


Date April 2, 2008                    Jonathan Grigsby Pro-Per


I declare under penalty of perjury that the foregoing is true and correct.

1  acknowledge due process and 1st amendment rights. Punitive damages
2  to punish all defendants for malice actions and deliberate indif-
3  ference failure to act or lack of inaction. Nominal damages in
4  3,000 dollars. 25,000 dollars in Compensatory & punitive each.

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7      Signed this _April_ day of ____2nd____ , 20 08

8

9                    _Jonathan Grigoby_

10                        (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

1   COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2   Name _Grigsby_____, _Jonathan_____ _W_____

3        (Last)            (First)              (Initial)    copy

4   Prisoner Number _T-61830_____

5   Institutional Address _31625 Hwy ~~&~~ 101 P.O. Box 1080 Soledad, CA_

6                                                            93960

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

9   _Jonathan Grigsby_____
    (Enter the full name of plaintiff in this action.)          )
                                                                 )
10                      vs.                                      )  Case No. _____
                                                                 )  (To be provided by the Clerk of Court)
11  _Warden M.S. Evans, T. Vang,_                               )
                                                                 )  COMPLAINT UNDER THE
12  _E. Medina, mailroom supervisor_                            )  CIVIL RIGHTS ACT,
                                                                 )  Title 42 U.S.C § 1983
13  _Jane Doe, inclusive, et al.,_                              )
                                                                 )
14  _sued individually and official capacity_                   )
    (Enter the full name of the defendant(s) in this action)    )
15                  _Defendant(s)_                               )

16  [All questions on this complaint form must be answered in order for your action to proceed..]

17  1.    Exhaustion of Administrative Remedies.

18        [Note:  You must exhaust your administrative remedies before your claim can go

19        forward.  The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement _Salinas Valley state prison_

21        B.    Is there a grievance procedure in this institution?

22              YES (X)    NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24              procedure?

25              YES (X)    NO ( )

26        D.    If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review.  If you did not pursue a certain level of appeal,

28              explain why.

    COMPLAINT                          - 1 -

1       1. Informal appeal _refuse to process_____

2

3

4       2. First formal level_refuse to process_____

5

6

7       3. Second formal level_refuse to process_____

8

9

10      4. Third formal level _refuse to process_____

11

12

13    E.    Is the last level to which you appealed the highest level of appeal available to

14        you?

15              YES ( )    NO ☒

16    F.    If you did not present your claim for review through the grievance procedure,

17 explain why. _I have file several inmate request with no response_

18 _then filed 2 formal letters seeking formal response 12/3/07_

19 _no response? 1/28/08 2nd letter seeking formal response no response_

20 II.   Parties.                   have made it futile

21    A.    Write your name and your present address. Do the same for additional plaintiffs,

22        if any.

23      JONATHAN GRigsby T-61830

24      SALiNAS VALLEY STATE pRiSON D6-205

25      P.O. Box 1050 Soledad, CA 93960

26    B.    Write the full name of each defendant, his or her official position, and his or her

27       place of employment.

28 Warden M.S. Evans, T.Vang CCII, E.Medina CCII, John Doe

COMPLAINT             - 2 -

1  mailroom supervisor refuse to give name? G.A. Neotti chief
2  deputy warden, K. Jones custody Captain, B. Rankin
3  Captain

4

5  III.   Statement of Claim.

6        State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10 1) I have wrote warden M.S. Evans first time October 10, 2007 seeking
11 your inquiry or investigation into why appeals coordinator T. Variz
12 and Eloy Medina refuse to respond to my 602 appeals. After 3
13 months January 26, 2008 should be record I sent letter legal mail
14 I again ask you to investigate why appeals coordinator refuse to
15 2) Process my appeals and why mailroom supervisor Jane Doe refuse
16 to give his/her name or return my filed 602 complaints against mail
17 room supervisor. I wrote warden of Salinas valley prison regarding
18 due process of laws that I'm entitled to in several ways
19 3) That have been violated and refusal to respond based on
20 information and belief, that I'm a mental health patient and there
21 ranking California Department of Corrections an Rehabilitations
22 (CDCR) officials refuse to respond (continue sheet)

23 IV.   Relief.

24        Your complaint cannot go forward unless you request specific relief. State briefly exactly

25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26 Declaratory relief to declare plaintiff rights, injunctive relief to
27 Prohibit deregard for plaintiff right under constitution 1ot & 14th amend-
28 ments Compensatory damage for mental suffering and refusal

COMPLAINT                              - 3 -

4) On there disregard for CDCR form GA-22 inmate request for interview that I'm suppose to use and CDCR officials refuse to respond too. Because I have civil rights lawsuit case number CV07-2833 on first, fourteenth amendments. I have given officials many chance to respond and they have been futile attempts because I've ask for formal response and ask for my letter return with response.

5) Because if I don't use some form of log outgoing legal and privileged mail Ranking officials never respond they can say they never received my inmate request for interview GA-22 and what proof do I have but to file declaration under penalty of perjury to show a pattern of constitutional abuses of my first, fourteenth admend-ments which all parties acted under color of state law and caused

6) Serious deprivations because I'm in salinas valley department of mental health and I'm suppose to go back to Pelican Bay after I receive treatment. For mental disorder, I have active civil action in Northern District court and same issues and patterns of violations of my due process and first amendment rights. To Petition CDCR in grievance due to adverse actions

7) That comes from not allowing one rights stated in Federal constitution of United States. I arrived at salinas valley prison on September 26, 2007 and was unexpectly moved from Acute Psychiatric Program at Vacaville Prison without notice or anything. Because it was surprise when I got to salinas valley. I did not have no way to contact my family or wife?

8) The only way I new was to write letter put a trust withdrawal slip which takes money out of my prison account I receive for working in prison or that family or friends would sent to me. I put 41¢ cents telling paying for first class postage to send the letter in envelope. I new I did not have any money or income and I was indigent. The process for indigent inmates are a hold for amount

9) Stated on trust withdrawal would be put hold for 30 days if I've not received any money within 30 days at end of that month before start of new month my trust account is zeroed out and procedure follow starting new month. I have 14 trust with-drawal dated September 27, September 30, October 2, October 4, October 7, October October 17, October 18 all in 2007 out these 14 9 were constantly return for no good reason other than malicious sadistic actions by mailroom supervisor who refused to give his/her name. I wrote GA-22 inmate request telling them its a emergency.

Cont. sheet Statement of Claim Pg. 2

10) I have a log sheet that show letters address to my family these log sheets and the returned letters and trust withdrawal paying for postage are (exhibit 10A). These would show a pattern of me sending out first class letter with trust withdrawal for cost and mailroom supervisor refusing to process these letters out prison. A serious deprivation of my first amendment right and show Jane Doe mailroom supervisor

11) acted under color of state law, I also have inmate request for interview thats dated October 28, 2007 (exhibit 11A) to mail room supervisor asking specifically for his or her name and inquiring about 602 8325 appeal citizen complaint I filed against Jane Doe and asked for informal response that went unanswer and just my name was highlighted in orange marker and sent back no response.

12) I have it logged as outgoing letter GA-22 to mailroom? I also have 4 other letters that I received in 2008 that show malicious actions and that ranking officials named did not respond or acted under color of state law in violating my first, fourteenth amendment rights. The first is letter (exhibit 12A) wrote October 22, 2007 and log out in my log sent October 23, 2007. I just received this letter dated 10/23/07 return to

13) me March 17, 2008? Thats 5 month from date I mailed out salinas valley prison. (exhibit 13A) is letter sent confidential mail January 3, 2008 its logged that day as well. Sometime in January 2008 it came back denied saying I cant send the appeals Coordinator in Vacaville a confidential letter? The California Code of Regulation (CCR) title 15 in 3141(3) says all state and federal officials

14) Having responsibilities for inmate present, prior, anticipated custody can correspond confidentially with those state officials. Then I got (exhibit 14A) addressed to Internal Revenue Service (IRS) in Fresno California. Its logged in my outgoing mail with trustwithdrawal and its denied stating dols not meet criteria? In 3141 (1)(2) all state and federal officials and (2) federal officials appointed

15) By governor or president I can correspond confidential with? Also in title 15 (CCR) in 3143 Processing Incoming Mail states incoming letters bearing the name or title and return address of persons and the office of person listed in section 3141 will be processed as confidential correspondence, That includes franked mail from governmental officials listed and notice or request for confidentiality is not required on envelope? IRS, and Appeal Cool are valid.

16) The last piece of privileged mail GA-22 inmate request for interview w/ exhibit 15A) dated March 5, 2008 to Chief Disciplinary Officer Captain K. Jones. On March 21 2008 a MTA name Molina hand me request 2 weeks later stating she was told to hand me GA-22 with no response. These are all pattern that show mailroom supervisor not only refuse to give there name but

17) Is not allowed envelopes attach with trust withdrawal for 41 cent was not leaving salinas valley prison. Telling me I need to put stamp with letter or telling me I had insufficient funds. These actions show that mailroom supervisor acted under color of state law and cause deprivation of my first amendment rights. Also to further show pattern of deprivation of my rights

18) The State of California Commission on Judicial Performance (exhibits 16A) dated January 31, 2008 and February 1, 2008 were purposely opened read. In California Constitution Article VI Section 18 Commission Rule 102 state letters from Commission are confidential whether they say confidential or not. I'm going to enter 3 pieces of evidence (exhibit V) a GA-22 dated August 28, 2006 and my log sheet date August 27, 2006 show IRFI #2A and if you look at top upper left corner you'll see my confirmation of sending

19) This GA-22 which is CDCR document that can be enter as evidence as legal document and last page is letter from Commission stating these written letters are confidential. The mailroom supervisor at Pelican Bay P. Carver is in legal action for violations of my first amendment rights and due process clause of 14th amendment? This is not a coincidence this is violation of

20) My rights and shows Jane Doe just as P. Carver are in violation in my civil action CV07-2833. These are key and important to show pattern of due process violations but also to show these CDCR officials acted under color of state law and deprived me my constitution rights under 1st and 14th amendments. Because of me trying to be civil (exhibit B) is log sheet that shows on October 2, 2007 I filed a 8325 PC citizen complaint on mailroom supervisor who refused to give there name? Also on (exhibit B) if you look at date October 10, 2007 you'll see IRFI exhibit number #01 that's sent to T. Variz & Eloy Medina in regards to mailroom complaint? No response or acknowledgment still to date 4/1/08?

Cont: sheet II Statement of Claim Pg. 4

21) Not one GA-22 request for interview has been respond to (ex. B) on October 18, 2007 sent GA-22 to appeals coordinator T. Variz and Eloy Medina no response. October 28, 2007 GA-22 exhibit C3# to appeals coordinators no response? On October 30, 2007 sent GA-22 #B7 to appeal coors. on 602 no response also same date sent GA-22 asking mail room for copy of legal log?

22) On November 5, 2007 sent GA-22 #79 to appeals coors. asking about my 602 filed 10/2/07 and 10/16/07 602. On January 14, 2008 I sent GA-22 To Captain B. Rankin CDO in regards to priority mail 602 I filed second time 12/27/07 first 602 wrote 11/14/07 he did not respond. On January 16, 2008 sent GA-22 to appeals coors. on disciplinary appeal #D07-04737 no response.

23) Let me give you violation of my due process right thats being denied based on information and belief that Jane Doe is using reprisals and retaliation on me filing 602's let me explain. On October 24, 2007 from Los Angeles post office my mother sent from 90062 area code (exhibit C) priority mail package costing $6.65 that I did not receive until November 14, 2007 22 days 3 weeks after post

24) Mark based on 602 on 10/2/07 on Jane Doe citizen complaint based on information and believe Jane Doe is not process my mail in timely manner and appeals coordinator T. Variz and Eloy Medina refuse to process my appeal or even acknowledge them and supply log number for tracking. After no response over 30 days on December 27, 2007 wrote 2nd 602 on mailroom supervisor

25) Instead of first sending it to appeals coordinator I sent 602 complaint to Captain B. Rankin Chief Disciplinary Officer for D-Yard. By February 19, 2008 B. Rankin and appeals coordinator T. Variz & Eloy Medina acted under color of state law and violating my due process refuse to respond or process my complaint on Jane Doe or give me response why appeals coordinator refuse to respond or answer me

26) Period? On February 19, 2008 I sent my 602 appeal legal mail to James Tilton director of Corrections in Sacramento asking for inquiry? Todate I've not received response or any acknowledgment of 602 dated 12/27/07 2nd copy of my original appeal that is missing filed 11/14/07? January 26, 2008 I sent letter to the Warden M.S. Evans its dated on my log sheet no response? On January 30, 2008 I we sent another priority mail package costing 5.25 sent December 24, 2007 I did not receive

27) That priority mail until January 20, 2008 it was sent 12/24/07 that 27 day after post office date I filed another 602 1/20/08 it is in process allegedingly being investigated not no body has to date came and interviewed me or even said one word or came to look at my priority mail packages the dates sent and me filing 602 on day I receive them which is November 14, 2007 sent October 24, 2007, and January 20, 2008 sen December 24, 2007 first costing 6.65 and second costing $5.25 thats

28) To much money sent to received priority mail and its not holiday season or anything to delay that long. These actions show Jane Doe mailroom supervisor acted under color of state law and deprived my 1st & 14th amendment rights. And appeals coordinator T. Variz & Elory Medina acted under color of state law to deprive my rights under 1st & 14th amendments and show state of mind of all the named defendants have refuse to respond or acknowledge anything I addressed in the complaint to date 4/1/08.

29) Because I made warden M.S. Evans aware of actions of his subordinates the to again wrote second letter speaking on appeal coordinator Variz & Medina shows the disregard for policy and procedure on 602 filed 10/2/07 and 10/16/07. To show malice actions of appeals coordinators (exhibit XR) is the 10/16/07 602 I wrote. In title 15 Code of regulation first in 3084.5 (3)(G) it states for citizen complaint informal level

30) is waived in citizen complaints on officer misconduct. And in 3084.6 (2 days formal level on misconduct is suppose to be respond to in 30 working days? If I submitted this appeal 10/16/07 and MTA Myers held this unto December 13, 200 and appeals coordinator on CDCR form 695 rescreen form dated received Januar 18, 2008 that over 90 days and shows they acted under color of state law.

31) Depriving me due process of 14th amendment and 1st amendment rights to petition CDCR for redress in grievance. Also I want to mentioned I wrote 3 letter to Office of Internal Affairs Director Rick Ehle first sent February 7, 2008 and no response it log on (exhibit B) then again week later telling OIA of violations of due process and this code of silence no responses?

32) Then on March 4, 2008 wrote letter showing again no investigation or inqui or anything said or did just business as usual violating my constitutional rights The letter to OIA date 2/14/07 (exhibit M2) two pages shows letter wrote legal

33) Mail to Office Internal Affairs is short stop or either open and read by mailroom supervisor Jane Doe and Appeals coordinator T. Variz & Eloy Medina stating address my issues on 602 and they'll be addressed? For starters appeal log number D-07-04737 was sent for processing on January 16, 2008 on (exhibit B) log sheet states exhibit #1A to appeal coor on appeal no response.

34) Theres also appeal 07-0054 that was heard by Lt. Frutz in either October or November 2007 to April way past time constraint to respond state in paragraph 30 same time line appeals. Let me repeat again I have 2 letters (exhibit 3) first dated December 3, 2007 no response and I speak to 10/8/07 citizen complaint I mention issues of (exhibit 10A) spoke about in paragraph 9 & 10?

35) No response to date 4/1/08 I wait over another 30 days and send second letter to address my concerns dated January 28, 2008 part 2 of (exhibit 3B) I again I am ignored and given code of silence refusal to respond. All these exhibits and issues that happen under civil action 07-2833 are happening here in Salinas Valley and I'm being purposely ignored.

36) Theres more abuses of 1st amendment right to petition govt or CDCR in redress of grievances and due process clause of 14th amendment. All named ranking officers have acted under color of state law in depriving me my constitutional rights under 1st and 14th amendment. And refusal to respond or acknowledge or process whether its GA-22, appeal of RVR 115, 602 on CDCR employee misconduct this claim shows a continue code of silence and

37) Refusal to investigate or acknowledge problems in handling issues that have adverse effect on me. One communication to Warden or to the appeals coordinator is enough to ensure a response or acknowledgment to any issue that effects me. All mentioned in this complaint acted under color of state law deprived plaintiff rights guarantee under constitution and California Constitution.

38) All defendants refusal to respond to GA-22 request, 602's, or formal letters show set of mind to deprive me of rights and malicious sadistic deliberate indifference failure to act or the lack of inaction that is a real violation of my human rights and civils as person in United States.

Contra Claim of Claim #1

39) In action described in 1 thru 39 it shows defendants acted knowingly, wilfully, and maliciously and reckless callous disregard for plaintiffs federal protected rights entitling plaintiff to an award of exemplary in damages asked

## Prayer For Relief

Wherefore, Plaintiff Jonathan Grigsby prays for judgment against defendants as follows:

1. Injunctive and Declaratory Relief in form acknowledging or responding to GA-22 request, 602 appeals, or formal letter response which should be policy and procedure.

2. For Compensatory damages in amount 25,000 dollars

3. For Punitive damages in amount 25,000 dollars

4. Special damage for mental suffering and stress of ignored entire time.

5. For reasonable attorney fees pursuant to 42 U.S.C §1988;

6. Cost of suit and

7. For such other and further relief as the court may deem just and proper.

Date April 2, 2008                    Jonathan Grigsby Pro-Per

I declare under penalty of perjury that the foregoing is true and correct.

1  acknowledge due process and 1st amendment rights. Punitive damages
2  to punish all defendants for malice actions and deliberate indif-
3  ference failure to act or lack of inaction. Nominal damages in
4  3,000 dollars, 25,000 dollars in Compensatory & punitive each.

5      I declare under penalty of perjury that the foregoing is true and correct.

6
7  Signed this _April_ day of ____2ND____, 20 08
8
9                    Jonathan Grigoly
10                        (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                        - 4 -



Jonathan Grugely
   T-61830  D6-205
salinas valley state prison
   P.O. Box 1050
Soledad, CA 93960

PRO SE

Legal Mail

Richard W. Wicking
Clerk U.S. District Court
Northern District of California
   450 Golden Gate avenue
   San Francisco, CA 94102

STATE PRISON
GENERATED MAIL