**FILED**

APR 1 0 2008

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jonathan Grigsby

Plaintiff,

v.

Warden M.S. Evans et al.,

Defendant. S

CASE NO. *C08.1843 CRB*

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, _Jonathan Grigsby_, declare under penalty of perjury that I am
the plaintiff in the above entitled case and that the information I offer throughout this application is true
and correct. I offer this application in support of my request to proceed without being required to prepay
the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?        Yes ___ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and
address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and
wages per month which you received. (If you are imprisoned, specify the last place of employment prior
to imprisonment.)

_dont remember_

2.    Have you received, within the past twelve (12) months, any money from any of the following
sources:

    a.    Business, Profession or         Yes ___ No **X**
            self employment
    b.    Income from stocks, bonds,      Yes ___ No **X**
            or royalties?

c.   Rent payments?                          Yes ___ No☒
d.   Pensions, annuities, or                 Yes ___ No ☒
     life insurance payments?
e.   Federal or State welfare payments,      Yes ___ No ☒
     Social Security or other govern-
     ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from
each.

_____

_____

3.   Are you married?   Yes ___ No ☒

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support:

$ _____

     b.   List the persons other than your spouse who are dependent upon you for support and indicate
          how much you contribute toward their support:

_____

_____

5.   Do you own or are you buying a home?   Yes ___ No ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes ___ No ☒

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

2

Monthly Payment: $ _____

7.    Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes __ No ☒

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes __ No ☒  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes __ No ☒

_____

8.    What are your monthly expenses?  N/A incarcerated

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:
                         Total Owed On
Name of Account         Monthly Payment    This Account

_____  $ _____  $ _____
_____  $ _____  $ _____

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____none_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

april 2, 2008                    Jonathan Brigoliy
_____              _____
      DATE                          SIGNATURE OF APPLICANT

4

1
2                                                    Case Number: _____
3
4
5
6
7
8
9                          CERTIFICATE OF FUNDS
10                                    IN
11                          PRISONER'S ACCOUNT
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                                T61830
14   statement showing transactions of Grigsby, Jonathan for the last six months
15   at
          SALINAS VALLEY STATE PRISON
16        ACCOUNTING DEPARTMENT
          P.O. BOX 1020                          [prisoner name]
          SOLEDAD, CA 93960-1020
17   _____ where (s)he is confined.
18            [name of institution]
19        I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $  12.92  and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $  12.92  .
22
23   Dated: 4/7/08                      L. macias
24                                      [Authorized officer of the institution]
25
26
27
28

```
REPORT ID: TS3030  .701                          REPORT DATE: 04/07/C
                                                          PAGE NO:
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU APR. 07, 2008

ACCOUNT NUMBER : T61830                BED/CELL NUMBER: FDB6T2000000205L
ACCOUNT NAME   : GRIGSBY, JONATHAN WESLEY      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
        TRAN
 DATE   CODE   DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
------  ----   ------------  ---------  ---------  ---------  -----------  ---------

10/01/2007   BEGINNING BALANCE                                              0.0(

11/07 D320 TRUST FUNDS T 1281 PBSP                 10.02                   10.0؟
11/07 W512 LEGAL POSTAGE 1289 LPOST                             0.58        9.4؛
11/07 W512 LEGAL POSTAGE 1289 LPOST                             0.58        8.8؛
11/07 W512 LEGAL POSTAGE 1289 LPOST                             1.14        7.7؟
11/07 W512 LEGAL POSTAGE 1289 LPOST                             0.58        7.1؛
11/08 W512 LEGAL POSTAGE 1296 LPOST                             0.58        6.5؛
11/08 W512 LEGAL POSTAGE 1296 LPOST                             0.41        6.1؟
11/08 W515 COPY CHARGE    1301 COPY                             0.24        5.9؟
11/09 W515 LEGAL POSTAGE 1316 LPOST                             0.58        5.3؟
11/09 W512 LEGAL POSTAGE 1316 LPOST                             0.56        4.7؟
11/14 W512 LEGAL POSTAGE 1343 LPOST                             0.41        4.3؛
11/14 W512 LEGAL POSTAGE 1343 LPOST                             0.58        3.7؛
11/19 W512 LEGAL POSTAGE 1378 LPOST                             0.41        3.3؟
11/26 W512 LEGAL POSTAGE 1422 LPOST                             1.48        1.8؛
11/26 W512 LEGAL POSTAGE 1422 LPOST                             1.48        0.4
11/27 W512 LEGAL POSTAGE 1432 LPOST                             0.41        0.0؛
12/03*DD30 CASH DEPOSIT   1457 7109                22.50                    22.5؛
12/03 W512 LEGAL POSTAGE 1463 LPOST                             0.75        21.7؟
12/03 W512 LEGAL POSTAGE 1463 LPOST                             0.58        21.1؟
12/04 W512 LEGAL POSTAGE 1475 LPOST                             0.41        20.7؛
12/04 W512 LEGAL POSTAGE 1475 LPOST                             0.41        20.3؟
12/04 W512 LEGAL POSTAGE 1475 LPOST                             0.58        19.7؟
12/04 W512 LEGAL POSTAGE 1475 LPOST                             1.41        18.3؛
12/05 W512 LEGAL POSTAGE 1484 LPOST                             0.74        17.6؟
12/07 W502 POSTAGE CHARG 1507 POST                             1.65        15.9؟
12/07 W502 POSTAGE CHARG 1507 POST                             1.65        14.3؟
12/12 W512 LEGAL POSTAGE 1559 LPOST                             1.82        12.5؛
12/12 W512 LEGAL POSTAGE 1559 LPOST                             2.16        10.3؟
12/12 W512 LEGAL POSTAGE 1559 LPOST                             1.48        8.8؛
12/12 W512 LEGAL POSTAGE 1562 LPOST                             0.41        8.4
12/13 W512 LEGAL POSTAGE 1570 LPOST                             4.60        3.8
12/13 W512 LEGAL POSTAGE 1570 LPOST                             1.14        2.7
12/13 W512 LEGAL POSTAGE 1570 LPOST                             1.48        1.2
12/13 W512 LEGAL POSTAGE 1570 LPOST                             0.41        0.8
12/13 W512 LEGAL POSTAGE 1576 LPOST                             0.41        0.4
12/13 W512 LEGAL POSTAGE 1576 LPOST                             0.41        0.0
  ACTIVITY FOR 2008
01/09*DD30 CASH DEPOSIT   1777 7215                45.00                    45.0
01/10 W512 LEGAL POSTAGE 1792 LPOST                             0.41        44.5
01/16 W512 LEGAL POSTAGE 1859 LPOST                             0.75        43.8
01/16 W512 LEGAL POSTAGE 1859 LPOST                             4.60        39.2
01/16 W512 LEGAL POSTAGE 1859 LPOST                             0.58        38.6
```

```
                       SALINAS VALLEY STATE PRISON
                     INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: OCT. 01, 2007 THRU APR. 07, 2008

ACCT:  T61830     ACCT NAME: GRIGSBY, JONATHAN WESLEY      ACCT TYPE: I
       TRAN
DATE   CODE   DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
-----  ----  -------------- ---------  ---------  --------  -----------  --------
01/17  W512 LEGAL POSTAGE 1875 LPOST                             0.58      38.08
01/17  W512 LEGAL POSTAGE 1875 LPOST                             0.41      37.67
01/24  W512 LEGAL POSTAGE 1930 LPOST                             0.58      37.09
01/24  W512 LEGAL POSTAGE 1930 LPOST                             0.58      36.51
02/04  W512 LEGAL POSTAGE 2013 LPOST                             0.75      35.76
02/04  W512 LEGAL POSTAGE 2013 LPOST                             1.65      34.11
02/04  W512 LEGAL POSTAGE 2013 LPOST                             4.60      29.51
03/10  W512 LEGAL POSTAGE 2343 LPOST                             2.84      26.67
03/11  W512 LEGAL POSTAGE 2354 LCOPY                             4.60      22.07
03/11  W512 LEGAL POSTAGE 2354 LCOPY                             4.60      17.47
03/12  W512 LEGAL POSTAGE 2362 LPOST                             4.60      12.87
03/12  W512 LEGAL POSTAGE 2362 LPOST                             0.92      11.95
03/13  W515 COPY CHARGE    2368 COPY                             0.96      10.99
03/18  W512 LEGAL POSTAGE 2422 LPOST                             0.41      10.58
```

### CURRENT HOLDS IN EFFECT

```
  DATE        HOLD
 PLACED       CODE          DESCRIPTION              COMMENT      HOLD AMOUNT
----------    ----  -------------------------------  ----------   -----------
01/18/2008    H102  EYEGLASSES HOLD                  1898 OPTIC       31.25
03/17/2008    H109  LEGAL POSTAGE HOLD               2416 LPOST        1.82
03/26/2008    H109  LEGAL POSTAGE HOLD               2493 LPOST        0.41
03/26/2008    H109  LEGAL POSTAGE HOLD               2493 LPOST        0.41
04/01/2008    H109  LEGAL POSTAGE HOLD               2520 LPOST        5.05
```

### * RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 10/05/06                       CASE NUMBER: *PB055263
COUNTY CODE: *DN                               FINE AMOUNT: $   4,403.05

  DATE       TRANS.    DESCRIPTION                   TRANS. AMT.    BALANCE
---------    ------  -------------------------------  -----------  --------
10/01/2007  BEGINNING BALANCE                                      4,268.05

12/03/07     DR30   REST DED-CASH DEPOSIT              25.00-      4,243.05
01/09/08     DR30   REST DED-CASH DEPOSIT              50.00-      4,193.05
```

REPORT ID: TS3030 .701                                    REPORT DATE: 04/07/0
                                                         PAGE NO:

                        SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: OCT. 01, 2007 THRU APR. 07, 2008

ACCT:   T61830        ACCT NAME: GRIGSBY, JONATHAN WESLEY        ACCT TYPE: I

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 77.52 | 66.94 | 10.58 | 38.94 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT          CURRENT
COPY OF THE TRUST ACCOUNT MAINTAINED        AVAILABLE
BY THIS OFFICE.   4 | 7 | 08                 BALANCE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS        ------------
BY _R. macue SUSP                              28.36
   TRUST OFFICE                             ------------
                                            ------------

P. Bingham
T-61830 Dc-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

RECEIVED
08 APR -9 PM 4: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

94102+3661 C004

Legal mail

Office of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

SAN JOSE CA
PM
APR '08

USPS