IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY, | No. CV 08-01843 CRB , |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| M.S. EVANS, | |
| Defendant. | |

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor defendants.

Dated: April 15, 2008                                   Richard W. Wieking, Clerk

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| JONATHAN GRIGSBY et al, | Case Number: CV08-01843 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M.S. EVANS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jonathan W. Grigsby T-61830
Salinas Valley State Prison
D6-205
31625 Hwy 101
P.O. Box 1050
Soledad, CA 93960

Dated: April 15, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk