Jonathan Grigsby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

United States District Court
Northern District of California

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Grigsby
    Plaintiff
vs
M.S. Evans - Warden
T. Varuz - appeal coor.
Eloy Medina - appeal coor.
G.A. Naoti - chief deputy warden
B. Rankin - facility Captain
K. Jones - facility Captain
    Defendant(s)
sued in official and individual capacitys

Civil No. CV 08-01843 CRB (PR)
Motion Reconsideration

## Facts

1) Judge Breyer has intentionally and maliciously in orders filed April 15, 2008, sent court order stating my in forma pauperis application is approved and I owe $350 dollar and in same breathe dismissed my civil action, I make no argument for claim under 42 U.S.C. 1983.

2) Based on information and belief Judge Breyer is unjustly making me liable for $350 dollar filing fee which based on fact I've filed complaint Judicial Misconduct case 08-89031 on his actions? His dismissal can be construed as retaliation or reprisal for his action April 15, 2008

3) My civil complaint is on California Department Corrections & Rehabilitation ranking officials who violate my right to due process and equal protections under law 14th amendment? And freedom of speech which Salinas Valley prison mailroom supervisor is censoring not allowing me sent letter to my wife and family. A deprivation of 1st amendment.

(1)

4) Because its been 7 month since I wrote first complaint. no response in 7 month and not allowing letters I write to my wife and family cause liberty interest under first & fourteenth amendment under constitution. I then sent inmate request for interviews GA-22 to warden M.S. Evans.

5) appeals coordinator Eloy Medina & T. Variz, Facility Captains K. Jones & B. Rankin which ignore my telling them of filed 602 appeals that were not investigated ignored my inquirys? You are assuming and fabricating in your order to dismiss stating I file pleading on daily basis and Im frequent

6) Litigant? I've filed appeals October 2, 2007, December 27, 2007, January 20, 2008, January 30, 2008, and February 25, 2008? What are you saying my claims have to do with appeal process or administrative appeals?

7) Again you did mix words and waste my time having to explain grounds upon which my claim is based when my complaint is on 1st and 14th amendment to constitution? I gave Warden and his subordinates 7 months to reply or investigate they done not one policy or procedure that pertain to allowing me due process

8) And right to petition government for redress of grievances. There state of mind show callous disregard, all are under color of state law and deprive me right to due process and first amendment. On January 25, 2008 your district court order stating you received packet of pleading from plaintiff.

9) You state clerk mark them received rather than filed? It 120 days since that order I've wrote several letter to your clerk (PR) if that you clerk? I've not got response or my motion, declaration, appoint of counsel all filed on January 1, 2008? On January 14, 2008 I filed response to CV07-2833 and 1/1/08 on CV07-2566? You need to send

10) Time stamp in district court record my copys? Also after February 6, 2008 I filed another motion of opposition which has not been respond to by Jennifer Nygaard?

(2)

11) So instead of correcting error you and clerk have made. You continue show favoritism, impartiality to Attorney General Lisa Sciandra, Jennifer Nygaard? I'm keep close record of your actions and will make sure 9th circuit Chief Judge Kozinski is aware of your actions.

12) I don't understand how you got court clerk to give you ever one of my civil actions. I know (general order no. 44) assignment of action was violated or you wrote order I've never received telling to make sure you received my cases? Even after filing Complaint Judicial Misconduct

13) You received two legal actions back to back dated March 17, 2008 and April 7, 2008 after complaint filed against you?

14) Dismissing my claim under 28 U.S.C. §1915A(b) incorrect and because paragraphs 1 thru 13 state claims under 1st & 14th amendments my civil action need to be put back on District Court record and Judge Breyer relieved in this action.

15) Last exhibits I'm going to mention are two 115 RVR's disciplinary write-up I received on in July 2007 and other in September 2007? This two disciplinary actions I'm suppose to be aloud to appeal them? Its been 8 month waiting for final dispositions log numbers B07-07-0059

16) And 03-2-0907-035 time constraints have expired and 9 months and 7 months is violation to my due process and prejudices my claim for appeal longer it takes. So based on information 1 thru 15 I shown my civil action is not on some fabricated states you made in order dismissal state a false claim that my complaint.

17) Is on cancelling or screening out 602 appeals? But regards to due process and equal protection under laws and not allowing first class letter to be made out of Salinas Valley Prison over 8 months? That what this civil complaint is about. Put my complaint back on record or I'll be filing another Judicial Complaint on your malicious conduct.

Dated April 18, 2008                               Jonathan Grigsby

(3)

Jonathan Grigoby
T-61830  D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

COPY

United States District Court
Northern District of California

Jonathan Grigoby
  Plaintiff

vs
M.S. Evans - Warden
T. Variz - appeal coor.
Eloy Medina - appeal coor.
G.A. Neotti - chief deputy warden
B. Rankin - facility captain
K. Jones - facility captain
     Defendant(s)
sued in official and individual capacitys

Civil No. CV 08-01843 CRB (PR)

Motion Reconsideration

## Facts

1) Judge Breyer has intentionally and maliciously in orders filed April 15, 2008, sent court order stating my in forma pauperis application is approved and I owe $350 dollar and in same breathe dismissed my civil action, I make no argument for claim under 42 U.S.C. 1983.

2) Based on information and belief Judge Breyer is unjustly making me liable for $350 dollar filing fee which based on fact I've filed complaint Judicial Misconduct case 08-89031 on his actions? His dismissal can be construed as retaliation or reprisal for his action April 15, 2008

3) My civil complaint is on California Department Corrections & Rehabilitation ranking officials who violate my right to due process and equal protections under law 14th amendment? And freedom of speech which Salinas Valley prison mailroom supervisor is censoring not allowing me send letter to my wife and family. A deprivation of 1st amendment.

(1)

4) Because I never received a response to first complaint. No response in 7 month and not allowing letters I write to my wife and family cause liberty interest under first & fourteenth amendment under constitution. I then sent inmate request for interviews GA-22 to warden M.S. Evans

5) Appeals coordinator Eloy Medina & T. Variz, Facility Captains K. Jones & B. Rankin which ignore my telling them of filed 602 appeals that were not investigated ignored my inquirys? You are assuming and fabricating in your order to dismiss stating I file pleading on daily basis and I'm frequent

6) Litigant? I've filed appeals October 2, 2007, December 27, 2007, January 20, 2008, January 30, 2008, and February 25, 2008? What are you saying my claims have to do with appeal process or administrative appeals?

7) Again you did mix words and waste my time having to explain grounds upon which my claim is based when my complaint is on 1st and 14th amendment to constitution? I gave Warden and his subordinates 7 months to reply or investigate they done not one policy or procedure that pertain to allowing me due process

8) And right to petition government for redress of grievances. There state of mind show callous disregard, all are under color of state law and deprive me right to due process and first amendment. On January 25, 2008 your district court order stating you received packet of pleading from plaintiff.

9) You state clerk mark them received rather than filed? It 120 days since that order I've wrote several letter to your clerk (PR) If that you clerk? I've not got response or my motion, declaration, appoint of counsel all filed on January 1, 2008? On January 14, 2008 I filed response to CV07-2833 and 1/1/08 on CV07-2566? You need to send

10) Time stamp in district court record my copys? Also after February 6, 2008 I filed another motion of opposition which has not been respond to by Jennifer Nygaard?

(2)

11) So instead of correcting error you and clerk have made. You continue show favoritism, impartiality to Attorney General Lisa Sciandra, Jennifer Nygaard? I'm keep close record of your actions and will make sure 9th circuit Chief Judge Kozinski is aware of your actions.

12) I don't understand how you got court clerk to give you ever one of my civil actions. I know (general order no. 44) assignment of action was violated or you wrote order I've never received telling to make sure you received my cases? Even after filing complaint Judicial Misconduct

13) You received two legal actions back to back dated March 17, 2008 and April 7, 2008 after complaint filed against you?

14) Dismissing my claim under 28 U.S.C. §1915 A(b) incorrect and because paragraphs 1 thru 13 state claims under 1st & 14th amendments my civil action need to be put back on District Court record and Judge Breyer relieved in this action.

15) Last exhibits I'm going to mention are two 115 RVR's disciplinary write-up I received one in July 2007 and other in September 2007? This two disciplinary actions I'm suppose to be aloud to appeal them? Its been 8 month waiting for final dispositions log numbers B07-07-0059

16) And 03-Q-0907-035 time constraints have expired and 9 months and 7 months is violation to my due process and prejudices my claim for appeal longer it takes. So based on information 1 thru 15 I shown my civil action is not on some fabricated states you made in order dismissal state a false claim that my complaint.

17) Is on cancelling or screening out 602 appeals? But regards to due process and equal protection under laws and not allowing first class letter to be made-out of Salinas Valley Prison over 8 months? That what this civil complaint is about. Put my complaint back on record or I'll be filing another Judicial Complaint on your malicious conduct.

Dated April 18, 2008                    Jonathan Gregory

(3)

United States District Court
For The
Northern District Of California

Jonathan Grigsby
Plaintiff

Case Number CV 08-01843
Certificate of Service

V. M.S. Evans Warden et al.,

Defendant(s)

I, __Jonathan Grigsby__ declare under penalty of perjury that: I am __Plaintiff__ in the above entitled action;

That on __April 18, 2008__ I served a true and correct copy(i) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

CRB (PR)
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Date __4/18/08__

Signature __Jonathan Grigsby__
Jonathan Grigsby

Motion Sent CRB
to reconsider his error

J. Grigsby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, Cali. 93960-1050

Legal Mail

United States District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, Cali 94102-9680

RECEIVED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE PRISON
GENERATED MAIL