IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY, | ) |
| Plaintiff(s), | ) No. C 08-1843 CRB (PR) |
| vs. | ) ORDER |
| M. S. EVANS, et al., | ) (Doc # 7) |
| Defendant(s). | ) |

Plaintiff's motion for reconsideration (doc # 7) of the court's April 15, 2008 order of dismissal is DENIED. See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are not a means of attacking some perceived error of the court). Nothing in plaintiff's motion requires a different conclusion than that reached by the court in its order of dismissal.

SO ORDERED.

DATED:  May 2, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Grigsby, J1.recon.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN GRIGSBY et al,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV08-01843 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan W. Grigsby T-61830
Salinas Valley State Prison
D6-205
31625 Hwy 101
P.O. Box 1050
Soledad, CA 93960

Dated: May 2, 2008

                                       Richard W. Wieking, Clerk
                                       By: Barbara Espinoza, Deputy Clerk