Jonathan Grigsby
T-01830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

original    FILED

08 JUN -5 PM 1:57

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California

Jonathan Grigsby
  Plaintiff
vs
M.S. Evans, et al.,
  Defendants

Civil No. 08-1843 CRB

Notice of Appeal

Notice is hereby given Plaintiff is filing for district court record I'm appealing Judge Charles R. Breyer order to dismiss. I'm appealing to 9th circuit as order filed May 2, 2008.

Date May 12, 2008

Jonathan Grigsby Pro-Per

5/12/08

Court Clerk,

Please file this appeal in district court record and return copy for my record in this civil action.

Thank You

6/2/08

Court Clerk,

I filed my appeal and I've not received any response special since it been judge dismis? I'm sending copys of my original file appeal. Please forward to 9th circuit as I am appealing his decision Judge Breyer judgment



Office of Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Legal Mail

STATE PRISON
GENERATED MAIL

J. Grigsby
T-41830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960