Jonathan Grigoby
T-01830  D6 - 205
Salinas valley state prison
P.O. Box 1050
Soledad, CA 93960

original

**FILED**

08 JUN -5 PM 1:57

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California

Jonathan Grigoby
    Plaintiff

vs

M.S. Evans, et al.,
    Defendants

Civil No. 08-1843 CRB

Notice of Appeal

Notice is hereby given Plaintiff is filing for district court record I'm appealing Judge Charles R. Breyer order to dismiss. I'm appealing to 9th circuit as order filed May 2, 2008.

Date May 12, 2008

Jonathan Grigoby Pro-Per

5/12/08

Court Clerk,

Please file this appeal in district court record and return copy for my record in this civil action.

Thank You

Court Clerk,

I filed my appeal and I've not received any response special since it been judge dismiss? I'm sending copys of my original file appeal. Please forward to 9th circuit as I am appealing his decision Judge Breyer judgment

6/2/08



J. Snugaly
T-41830 Dr-205
Salinas valley state prison
P.O. Box 1050
Soledad, CA 93960

Office of Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

STATE PRISON
GENERATED MAIL

9410243851 0004

APPEAL, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01843-CRB
## Internal Use Only

Grigsby v. Evans et al

Assigned to: Hon. Charles R. Breyer

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/07/2008

Date Terminated: 04/15/2008

Jury Demand: None

Nature of Suit: 555 Prisoner: Prison Condition

Jurisdiction: Federal Question

**Plaintiff**

**Jonathan W. Grigsby**                     represented by   **Jonathan W. Grigsby**
T-61830
Salinas Valley State Prison
D6-205
31625 Hwy 101
P.O. Box 1050
Soledad, CA 93960
PRO SE

V.

**Defendant**

**Warden M.S. Evans**

**Defendant**

**T. Variz**
*CCII*

**Defendant**

**E. Medina**
*CCII*

**Defendant**

**G. A. Neotti**
*Chief Deputy Warden*

**Defendant**

**K. Jones**
*Captain*

**Defendant**

**B. Ramkin**
*Captain*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | 1 | COMPLAINT against all defendants. No Process. Filed byJonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/08/2008) |
| 04/07/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (mcl, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/08/2008) |
| 04/07/2008 | | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 04/08/2008) |
| 04/10/2008 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/11/2008) |
| 04/15/2008 | 4 | ORDER by Judge Charles R. Breyer granting 3 Motion for Leave to Proceed in forma pauperis (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 5 | ORDER OF DISMISSAL. Signed by Judge Charles R. Breyer on 4/15/08. (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 6 | CLERK'S JUDGMENT in favor of B. Ramkin, E. Medina, G. A. Neotti, K. Jones, M.S. Evans, T. Variz against Jonathan W. Grigsby (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | | (Court only) ***Civil Case Terminated. (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/28/2008 | 7 | MOTION for Reconsideration filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 4/28/2008) (Entered: 04/29/2008) |
| 05/02/2008 | 8 | ORDER by Judge Charles R. Breyer denying 7 Motion for Reconsideration (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 5/2/2008) (Entered: 05/02/2008) |
| 06/05/2008 | 9 | NOTICE OF APPEAL as to 4 Order on Motion for Leave to Proceed in forma pauperis by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 6/5/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 10 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 9 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) added on 6/6/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 06/06/2008) |
| 06/06/2008 | 11 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 06/06/2008) |

| 06/06/2008 | 12 | Certificate of Record Mailed to USCA re 9 Notice of Appeal. (mcl, COURT STAFF) (Entered: 06/06/2008) |
|---|---|---|