**RECEIVED**

**JUN 1 3 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 6, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

08-16379

**CASE NUMBER: CV 08-01843 CRB (PR)**

**CASE TITLE: JONATHAN GRIGSBY-v-M.S. EVANS**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                        Sincerely,

                        RICHARD W. WIEKING, Clerk

                        by: Maria Loo
                        Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

June 6, 2008

**CASE INFORMATION:**
Short Case Title: JONATHAN GRIGSBY -v- M.S. EVANS
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 08-01843 CRB(PR)
Date Complaint/Indictment/Petition Filed: 4/7/08
Date Appealed order/judgment *entered* 4/15/08
Date NOA *filed* 6/5/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted: 4/15/08                 Date FP denied:
Is FP pending? ☐ yes ☐ no                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:
Jonathan W. Grigsby T-61830
Salinas Valley State Prison
D6-205
31625 Hwy 101
P.O. Box 1050
Soledad, CA 93960

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000