FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 25 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>M. S. EVANS, Warden; T. VARIZ; E. MEDINA; G. A. NEOTTI; K. JONES; B. RAMKIN,<br><br>        Defendants - Appellees. | No. 08-16379<br>D.C. No. 3:08-cv-01843-CRB<br>Northern District of California, San Francisco<br><br>**ORDER** |

On June 19, 2008, this court issued an order directing appellant to file with this court a declaration or notarized statement attesting to the date on which his notice of appeal was deposited in the institution's internal mail system and whether first-class postage was prepaid, or otherwise show cause why this appeal should not be dismissed for lack of jurisdiction. *See* Fed. R. App. P. 4(c); *Hostler v. Groves*, 912 F.2d 1158 (9th Cir. 1990); *Miller v. Sumner*, 921 F.2d 202 (9th Cir. 1990).

On June 25, 2008, appellant responded to the order to show cause. A review of appellant's response indicates that the notice of appeal was timely served. Therefore, the order to show cause is hereby discharged. The clerk shall file Appellant's opening brief and exhibits received July 16, 2008.

Appellant Jonathan Grigsby, prison identification number T61830 D6-223, has been granted leave to proceed in forma pauperis in this appeal and has completed and filed the required authorization form directing the appropriate prison officials to assess, collect, and forward to the district court the filing and docketing fees for this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2). This court hereby assesses an initial filing fee of 20 percent of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the June 5, 2008 notice of appeal. Appellant is not responsible for payment when the funds in appellant's prison trust account total less than $10, but payments must resume when additional deposits are made or funds are otherwise available.

The Clerk shall serve this order and appellant's completed authorization form on the Attorney General for the State of California, who shall notify the appropriate agency or prison authority responsible for calculating, collecting, and forwarding the initial payment assessed in this order and for assessing, collecting, and forwarding the remaining monthly payments of the fee to the district court for this appeal. See 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by

the district court and appellate docket numbers for this appeal and a record of previous payments made for this appeal.

The Clerk shall also serve a copy of this order on the clerk and the financial unit of the district court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Jennifer Jameson
Deputy Clerk