**FILED**

JUL 3 1 2008

7-28-08

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Court Clerk

**RECEIVED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I've had change of address

Jonathan Grigsby
T-61830  B3-221
Pelican Bay Prison
P.O. Box 7500
Crescent City, CA 95532

C08-1843CRB

Please be advise an all court document sent to Salinas Valley between July 14, 2008 and July 25, 2008 I never received

P.S. - If you send legal mail sealed with tape I'm not going to allow these devil an racist to know my legal information before me make note.




PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City, CA 95532

Legal

USDC Northern District
of California
450 Golden State Avenue
P.O. Box 36060
San Francisco, California 94102
Attn: Court Clerk

J. Bingaby
T-61830 B3-221
Pelican Bay Prison
P.O. Box 7506
Crescent City, CA 95532

PBSP
INDIGENT ENVELOPES

7-28-08