UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN GRIGSBY,

        Plaintiff,

  v.

M.S. EVANS, et al.,

        Defendants.

Case Number: CV08-01843 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan W. Grigsby T-61830
Pelican Bay State Prison
B2-232
P.O. Box 7500
Crescent City, CA 95531

Dated: January 8, 2010

                              Richard W. Wieking, Clerk

                              By: Barbara Espinoza, Deputy Clerk